UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

MARY DAWSON,

    Defendant,

-and-

PRAXIS HOUSING INITIATIVE, INC.,

    Garnishee.

Civil Action No.: CV-99-7201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2/ 2006 ★

**BROOKLYN OFFICE**

## GARNISHEE ORDER

Whereas the Plaintiff by the Declaration of Douglas M. Fisher, Esq. dated February 10, 2006, on file herein, claims that said Defendant is indebted in the amount of $1,644.67 with interest from April 21, 2001 at the post-judgment interest rate of 4.000% compounded annually. A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer, stating that at the time of service of the Writ, he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee was indebted to Defendant, in the sum of approximately $537.19 weekly as a result of the Garnishees' employment of Defendant.

The Defendant, was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff ten percent (10%) of the Defendant's disposable non-exempt earnings, presently in the sum of approximately $53.72 weekly making payments of said monies as directed by the Plaintiff, to pay to the Plaintiff any and all monies already withheld by Garnishee as required, and to continue said payments until the Defendant's debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or

control of any property belonging or owed to the Defendant, Mary Dawson or until further Order of this Court.. **The name of the Defendant, Mary Dawson and CIF Number C-103817W must be on the check.**

SO ORDERED,

Dated: Brooklyn, New York
         2-15-06       , 2006

                                          s/John Gleeson
                                          _____
                                          Honorable
                                          United States District Court Judge

2